IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TECUMSEH WOLF,<br><br>    Defendant. | 8:12CR26<br><br>ORDER |

This matter is before the court on the letter request of Warden Craig Apker (Warden Apker) at Federal Correctional Complex Butner (FCC Butner), for an extension of time of the evaluation period of Tecumseh Wolf (Wolf) pursuant to this court's March 28, 2013, order, which committed Wolf to the custody of the Attorney General to place the defendant in a suitable facility to determine whether Wolf is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another pursuant to 18 U.S.C. § 4246(b).  **See** Filing No. 48 - Order.  Warden Apker represents that FCC Butner admitted Wolf on April 24, 2013, and an assigned treatment team is conducting interviews and psychological testing necessary to complete Wolf's evaluation.  Warden Apker requests the evaluation period to begin on Wolf's date of arrival and that an extension be granted to extend the evaluation period until July 7, 2013.  Warden Apker represents his staff will submit a final report within fourteen working days after the completion of the evaluation period.  After consideration,

**IT IS ORDERED:**

1. Warden Apker's staff shall have until **July 7, 2013**, to complete Wolf's evaluation and until **July 25, 2013**, to submit a final report to the court.

2. The Clerk of the Court is directed to send a copy of this order, by fax, to the FCC Butner Inmate Systems Management at 919.575.4866 and a certified copy of this order to the Records Office at Federal Medical Center Butner at P.O. Box 1600, Butner, NC 27509.

Dated this 13th day of May, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge