IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR26 |
| vs. | |
| TECUMSEH WOLF, | ORDER |
| Defendant. | |

This matter is before the court on the July 30, 2013, letter request (Filing No. 51) of Warden Craig Apker (Warden Apker) at Federal Correctional Complex Butner (FCC Butner), for an extension of time of the evaluation period of Tecumseh Wolf (Wolf) pursuant to this court's March 28, 2013, order, which committed Wolf to the custody of the Attorney General to place Wolf in a suitable facility to determine whether Wolf is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another pursuant to 18 U.S.C. § 4246(b).  **See** Filing No. 48. On May 13, 2013, the court granted Warden Apker an extension of time to July 7, 2013, to complete Wolf's evaluation and until July 25, 2013, to submit a final report to the court.  **See** Filing No. 50.  Warden Apker represents due to a staffing shortage, and the individualized and time intensive efforts in completing a forensic evaluation, the clinician has not completed Wolf's evaluation.  Warden Apker requests the evaluation period be extended to August 12, 2013. After consideration,

**IT IS ORDERED:**

1. Warden Apker's staff shall have until **August 12, 2013**, to complete Wolf's evaluation and shall submit a final report to the court promptly thereafter.

2. The Clerk of the Court is directed to send a copy of this order, by fax, to the FCC Butner Inmate Systems Management at 919.575.4866 and a certified copy of this order to the Records Office at Federal Medical Center Butner at P.O. Box 1600, Butner, NC 27509.

Dated this 7th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge